### RICHARD SHERBO *v.* JOHN R. MANSON, COMMISSIONER OF CORRECTION

The respondent commissioner of correction's petition for certification for appeal from the Appellate Court, 21 Conn. App. 172, is denied.

*Rita M. Shair,* deputy assistant state's attorney, in support of the petition.

*Kent Drager,* assistant public defender, in opposition.

Decided May 23, 1990

### STATE OF CONNECTICUT *v.* RAYMOND LIPTAK

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 248, is denied.

*Francis T. Mandanici,* in support of the petition.

*Mary H. Lesser,* deputy assistant state's attorney, in opposition.

Decided May 23, 1990

### GEORGE ENQUIST *v.* GENERAL DATACOM ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 21 Conn. App. 270, is granted, limited to the following issues: